■ In the Matter of ANNETTE H. SLAFF against MAURICE M. SLAFF. GUYON-FRIEDMAN EMPLOYEES PENSION PLAN et al.— Motion for stay dismissed, having become academic by virtue of the decisions of this court in *Matter of Slaff* v. *Slaff* (9 A D 2d 80), and the stay contained in the order to show cause dated July 21, 1959 is vacated. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of CHARLES W. OTT, Petitioner, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Determination unanimously annulled on the law, without costs, and the proceeding remanded to the present Police Commissioner to render his decision on the evidence adduced before the Trial Commissioner. (See *Matter of Kelly* v. *Monaghan*, 9 A D 2d 92.) Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ BIG CITY REALTY CO., INC., Respondent-Appellant, v. 896 REALTY INC., Appellant-Respondent.— Order unanimously reversed, on the law, with $20 costs and disbursements to the defendant-appellant, and defendant's motion for summary judgment is granted, with $10 costs. In this action for specific performance of a contract to convey real property, the writings relied on by plaintiff are insufficient to constitute a written contract or memorandum for the sale of real property (Real Property Law, § 259) inasmuch as the purchaser is not therein identified and the broker did not bind himself as principal. (*Irvmor Corp.* v. *Rodewald*, 253 N. Y. 472.) Moreover, the letter of December 8, 1958 is not an acceptance of the offer in the letter of November 10, 1958; it is in the nature of a counteroffer because it introduces for the first time the proposal to pay " Ten thousand on contract" which the defendant did not agree to on this record. Order [denying plaintiff's motion for summary judgment] unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.